ROBERT M. FORNI, JR. (SBN 180841)
PAMELA E. COGAN (SBN 105089)
HANA HARDY (SBN 252871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1701
Email: pcogan@rmkb.com; rforni@rmkb.com; hhardy@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

SCOTT E. SHAFFMAN (SBN 90276)
98 Del Monte Avenue, Suite 200
Monterey, CA 93940
Telephone:   (831) 333-0321
E-mail: sshaffman@aol.com

Attorney for Plaintiff
YVONNE HUBBARD

IT IS SO ORDERED
Judge Edward J. Davila
4/9/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE HUBBARD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　　Defendants. | CASE NO -CV-12-00752 EJD<br><br>**STIPULATION EXTENDING DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S TIME TO RESPOND TO COMPLAINT** |

It is hereby stipulated by and between Plaintiff YVONNE HUBBARD and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through their respective attorneys of record, that defendant shall have up to and including April 20, 2012 to file its response to Plaintiff's Complaint in this action.

**IT IS SO STIPULATED**.

FILER'S ATTESTATION

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: April 6, 2012   SCOTT E. SHAFFMAN

By: /s/ *Scott E. Shaffman*
  SCOTT E. SHAFFMAN
  Attorney for Plaintiff,
  YVONNE HUBBARD

Dated: April 6, 2012   ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Robert M. Forni*
  ROBERT M. FORNI, JR.
  PAMELA E. COGAN
  HANA HARDY
  Attorneys for Defendant
  LIBERTY LIFE ASSURANCE
  COMPANY OF BOSTON

RC1/6413664.1/HAH

- 2 -

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT -
CASE NO. CV 12-00752