ROBERT M. FORNI (SBN 180841)
PAMELA E. COGAN (SBN 105089)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com, rforni@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YVONNE HUBBARD,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | CASE NO. CV 12-00752 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Honorable Edward J. Davila |

**IT IS HEREBY STIPULATED** by and between plaintiff, YVONNE HUBBARD, and defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in

\ \ \

\ \ \

\ \ \

\ \ \

RC1/6708382.1/RR2

STIPULATION AND ORDER RE DISMISSAL
CV 12-00752 EJD

the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED.**

Dated: November 19, 2012

By: /s/ *Scott E. Shaffman*
SCOTT E. SHAFFMAN
Attorneys for Plaintiff,
YVONNE HUBBARD

Dated: November 19, 2012  ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Robert M. Forni, Jr.*
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendants,
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the above-captioned action shall be, and herein is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs. The Clerk shall close this file.

Dated: November 20, 2012  By: _____
Hon. Edward J. Davila
United States District Court Judge

RC1/6708382.1/RR2 - 2 - STIPULATION AND ORDER RE DISMISSAL
CV 12-00752 EJD